**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov
x First Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

**DEBTOR:** Yoel Moreira        **JOINT DEBTOR:** Janesa Arocho_____    CASE NO. 08-23234-BKC-AJC
**Last Four Digits of SS#** x5779 _    **Last Four Digits of SS#** 8691
☐ This document is plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 48 months. In the event that the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A. $185.00 for months 1-52; in order to pay the following creditors:

**Administrative:**
Attorney's Fees:
a. Fees and Costs: $4,820.00  (Estimated amount, actual fees and costs to be determined by fee and costs application to Court),
b. Fees and Costs to be Held in Reserve pending  motion and certificate of compliance required per LR 2002-1(c)(12)AO-06-11 (re: Issuance of Chapter    13  Discharge), $500.00 for fees and $25.00 for costs for a total of  $525.00 (funds may be redistributed to other creditors if motion not filed)

Total Fees Due: $5,345.00, Total Paid $1,256.00,
Total Balance Due under Plan: $3044.00
   Initial Balance Due to be paid under Plan: $3564.00
   Balance to be Held in Reserve: $525.00
Payable: $137.08/month (Months 1 to 26)

**Secured Creditors:** [Retain liens pursuant to 11 USC section 1325 (a)(5)] Mortgage/Liens on real or personal property:
1. _____    _____Arrearage ___Payoff  Secured Claim  on Petition Date $_____
Address: _____    Payment $_____/month (Months _____ to _____)
         _____    Payment $_____/month (Months _____ to _____)
Account No.: _____    Regular Payment $_____/month (Months _____ to _____)
                                      Total of Payoff Payments $_____  with interest rate at ____%

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE COLLATERAL IN PLAN") WILL ALSO BE SERVED ON YOU PURSUANT TO FRBP 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ___ to ___ | $ |
|  |  |  | $ | ___ to ___ |  |

**Priority Creditors:** [as defined in 11 USC section 507]
1. USA/IRS_____ Total Due $2,966.06    Pay $31.10/mo. (Mos. 1 to 26) and $82.98/mo. (Mos. 27 to 52)

**Unsecured Creditors:** Pay $85.20/mo. (Mos. 27 to 52). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other provisions not included above:** a. All property of the estate shall vest in the debtor(s) upon confirmation of this plan,
b. the secured claim(s) of the following are intended to be paid directly by the debtor(s), are not provided by the plan, and shall retain their lien(s): Bank of America for boat loan (to be paid by uncle).
c. Upon the effective date of this plan, the debtor(s) surrenders any involved collateral to the following for 400 SE 12th Terr., Homestead, Florida: Chase Manhattan Mortgage and Honda ATV to HSBC.
d. Debtor(s) will provide copies of his with income tax returns to the Chapter 13 Trustee on or before May 15th of each year during the pendency of the plan and the debtor(s) will amend schedules I and J and modify the chapter 13 plan if necessary.

Date: January 24, 2009

**Jordan E. Bublick, P.A., Jordan E. Bublick, Fla. Bar No. 381624, Attorney for Debtor(s), 11645 Biscayne Blvd., Suite 208, Miami, FL  33181 Tel.: (305) 891-4055 Fax: (786) 524-3886 E-Mail: jbublick@bublicklaw.com**
/s/ _____
   Jordan E. Bublick

                                                                LF-31   (rev. 8/1/0